PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00083-SAB |
| Plaintiff, | [Citation #6310004 CA/82] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| CHAD CLOYD, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00083-SAB [Citation #6310004 CA/82] against CHAD CLOYD, without prejudice, in the interest of justice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and that the trial date of June 7, 2017, be hereby vacated.

DATED: May 8, 2017                    Respectfully submitted,

                                                                PHILLIP A. TALBERT
                                                                United States Attorney

                                                 By:    /s/ Michael G. Tierney
                                                             MICHAEL G. TIERNEY
                                                             Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:17-po-00083-SAB [Citation #6310004 CA/82] against CHAD CLOYD be dismissed, without prejudice, in the interest of justice, and that the trial date of June 7, 2017, is hereby vacated.

IT IS SO ORDERED.

Dated: __**May 8, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE